IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BENJAMIN PIERRE RUMLIN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3312

_____/

Opinion filed November 23, 2016.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Valarie Linnen, for Appellant.

Pamela Jo Bondi, Attorney General, Robert Charles Lee, Assistant Attorney
General, for Appellee.

PER CURIAM.

    AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.